**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ULLRICH, DAVID PAUL | § | Case No. 12-83388 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/10/2013 in Courtroom 3100,

United States Courthouse
327 South Church Street
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ULLRICH, DAVID PAUL | § | Case No. 12-83388 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,695.40 |
| and approved disbursements of | $ | 22.72 |
| leaving a balance on hand of[1] | $ | 23,672.68 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 3,119.54 | $ 0.00 | $ 3,119.54 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 2,476.60 | $ 0.00 | $ 2,476.60 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,596.14 |
| Remaining Balance | $ | 18,076.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,797.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,125.44 | $ 0.00 | $ 3,690.71 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 1,389.16 | $ 0.00 | $ 630.98 |
| 000003 | American InfoSource LP as agent for | $ 6,638.27 | $ 0.00 | $ 3,015.22 |
| 000004 | Capital One, N.A. | $ 447.67 | $ 0.00 | $ 203.34 |
| 000005 | eCAST Settlement Corporation, assignee | $ 14,293.53 | $ 0.00 | $ 6,492.37 |
| 000006 | Portfolio Recovery Associates, LLC | $ 1,770.88 | $ 0.00 | $ 804.36 |
| 000007 | Portfolio Recovery Associates, LLC | $ 7,132.18 | $ 0.00 | $ 3,239.56 |

Total to be paid to timely general unsecured creditors $ 18,076.54

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
David Paul Ullrich
Debtor

Case No. 12-83388-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: vgossett Page 1 of 3 Date Rcvd: May 11, 2013
Form ID: pdf006 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2013.

db +David Paul Ullrich, 3610 North Middle Avenue, Johnsburg, IL 60051-8221
19395483 +ARS National Services, Inc, Bankruptcy Dept, P.O. Box 463023, Escondido, CA 92046-3023
19395489 +Baker & Miller, PC, Bankruptcy Department, 29 N. Wacker Dr., 5th floor, Chicago, IL 60606-2854
19395475 +Blatt, Hasenmiller, Leibsker, & Moore, 125 S. Wacker Dr. Suite 400, Chicago, IL 60606-4440
19395490 +CHASE, Attn: Bankruptcy Dept., Po Box 15298, Wilmington, DE 19850-5298
19395484 +CITI, Attn: Bankruptcy Dept., Po Box 6241, Sioux Falls, SD 57117-6241
19395485 +Capital One, Attn: Bankruptcy Dept., Po Box 5253, Carol Stream, IL 60197-5253
20016365 Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
19395476 +Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta, GA 30374-0241
19395477 +Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen, TX 75013-2002
19395481 +Exxmblciti, Attn: Bankruptcy Dept., Po Box 6497, Sioux Falls, SD 57117-6497
19395497 +McHenry County Circuit Clerk, Bankruptcy Dept, 2200 N Seminary Ave, Woodstock, IL 60098-2637
19395495 +McHenry County Clerk, Bankruptcy Department, 2200 N Seminary Ave, Woodstock, IL 60098-2637
19395474 +McHenry County Clerk, Doc #12SC0001347, 2200 N. Seminary Ave., Woodstock, IL 60098-2637
19395488 +McHenry County Clerk, Doc #12SC1752, 2200 N. Seminary Ave., Woodstock, IL 60098-2637
19395492 +NCB Management Services, Inc, C/O HSBC Bank, P.O. Box 1099, Langhorne, PA 19047-6099
19395472 +Onemain, Attn: Bankruptcy Dept., Po Box 499, Hanover, MD 21076-0499
19395486 ++PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 (address filed with court: Portfolio Recovery Associates, Bankruptcy Dept, P.O. Box 12914, Norfolk, VA 12914)
19395482 +Sears/CBNA, Attn: Bankruptcy Dept., Po Box 6282, Sioux Falls, SD 57117-6282
19395480 +THD/CBNA, Attn: Bankruptcy Dept., Po Box 6497, Sioux Falls, SD 57117-6497
19395478 +Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester, PA 19016-1000
19395491 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: Cardmember Services, Attn: Bankruptcy Dept., 9321 Olive Blvd, Olivette, MO 63132)
19395493 +Union Plus Credit Card, Bankruptcy Department, PO Box 80027, Salinas, CA 93912-0027
20187879 eCAST Settlement Corporation, assignee, of Chase Bank USA, N.A., POB 29262, New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

19960102 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2013 17:04:02 American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941
19395473 +E-mail/Text: bankruptcydpt@mcmcg.com May 11 2013 14:41:19 Chase BANK USA N.A., C/O Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255
19927174 E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:41:42 Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025
19395487 +E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:41:42 Discover FIN SVCS LLC, Attn: Bankruptcy Dept., Po Box 15316, Wilmington, DE 19850-5316
19395479 +E-mail/Text: bnckohlsnotices@becket-lee.com May 11 2013 14:37:42 Kohls/Capone, Attn: Bankruptcy Dept., N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096
19395496 +E-mail/Text: bankruptcydpt@mcmcg.com May 11 2013 14:41:19 Midland Funding, LLC, Attn: Bankruptcy Dept., 8875 Aero Drive, # 200, San Diego, CA 92123-2255
19959231 +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2013 14:33:18 PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

19395498* +Blatt, Hasenmiller, Leibsker, & Moore, 125 S. Wacker Dr. Suite 400, Chicago, IL 60606-4440
20329147* ++PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 (address filed with court: Portfolio Recovery Associates, LLC, successor to CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541)
20329143* ++PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 (address filed with court: Portfolio Recovery Associates, LLC, successor to US BANK NATIONAL ASSOC, POB 41067, Norfolk, VA 23541)
19395494* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: US Bank, Attn: Bankruptcy Dept., 950 17th St., Ste. 810, Denver, CO 80202)

TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-3 User: vgossett Page 2 of 3 Date Rcvd: May 11, 2013
Form ID: pdf006 Total Noticed: 31

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2013 at the address(es) listed below:

Carole J. Ryczek on behalf of Trustee Daniel Donahue carole.ryczek@usdoj.gov
Daniel Donahue on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
Daniel Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
Daniel M Donahue on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
Darron M Burke on behalf of Debtor David Paul Ullrich ndil@geracilaw.com
Patrick S Layng USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 6